■ In the Matter of NICHOLAS MICHAILIDES, Petitioner, v ANTHONY SCHEMBRI, as Police Commissioner of the City of Rye, et al., Respondents.—Proceeding pursuant to CPLR article 78 to review a determination of respondent Frank J. Culross, City Manager of City of Rye, dated June 27, 1983 and made after a hearing, which found petitioner guilty of certain charges and dismissed him from his position as a police officer.

Determination confirmed and proceeding dismissed on the merits, without costs or disbursements.

There is substantial evidence to support the determination of respondent Culross made after a hearing which was fairly conducted. The record indicates that petitioner committed acts which were prejudicial to the good order, efficiency and discipline of the police department. Thus, petitioner's dismissal

was not so disproportionate to his offenses as to be shocking to one's sense of fairness (see, Matter of Pell v Board of Educ., 34 NY2d 222, 234, 237). Bracken, J. P., O'Connor, Rubin and Lawrence, JJ., concur.